NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHINA FIRST PENCIL CO., LTD., SHANGHAI THREE STAR STATIONERY INDUSTRY CO., LTD., AND SHANGHAI FOREIGN TRADE CORP.,**
*Plaintiffs-Appellees,*

AND

**SHANDONG RONGXIN IMPORT & EXPORT CO., LTD.,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**SANFORD, L.P. AND MUSGRAVE PENCIL CO., INC.,**
*Defendants-Appellants.*

---

2011-1237

---

Appeal from the United States Court of International Trade in case no. 09-CV-0325, Judge Gregory W. Carman.

---

**ON MOTION**

---

## O R D E R

China First Pencil Co., Ltd., et al. move for a 14-day extension of time, until August 10, 2011, for all appellees to file their briefs,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 2 5 2011**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Francis J. Sailer, Esq.
     George W. Thompson, Esq.
     Carrie A. Dunsmore, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 2 5 2011**

**JAN HORBALY**
**CLERK**